| | |
|---|---|
| 1 | Nicholas Ranallo, Attorney at Law<br>SBN 275016 |
| 2 | 371 Dogwood Way<br>Boulder Creek, CA 95006 |
| 3 | Phone: (831) 703-4011<br>Fax:     (831) 533-5073 |
| 4 | nick@ranallolawoffice.com |
| 5 | PIANKO LAW GROUP, PLLC<br>MAURICE PIANKO |
| 6 | SDNY BAR No. MP1804<br>55 Broad Street, #13F |
| 7 | New York, New York 10004<br>Telephone: (646) 801-9675 |
| 8 | Facsimile: (646) 381-3612<br>Email: mpianko@gmail.com |
| 9 | *Motion for Admission Pro Hac Vice Pending* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK COOPER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LAC BASKETBALL CLUB, INC., a California Corporation, and THE STERLING FAMILY TRUST,<br><br>Defendants. | **CASE NO.  CV 14-4445-JFW (AGRx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Complaint Filed: June 10, 2014 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**WHEREAS** no person not a party has an interest in the subject matter of the action, **PURSUANT** to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff FRANK COOPER and his counsel, NICHOLAS RANALLO hereby give notice that the above captioned action is voluntarily dismissed, without prejudice and without costs to either party, against the defendant, LAC BASKETBALL CLUB, INC., a California Corporation, and THE STERLING FAMILY TRUST.

Dated: June 18, 2014

BY: _____
Nicholas Ranallo
Attorneys for Plaintiff FRANK COOPER